**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Florida

Case number (*If known*): ____________________

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

6/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Svein<br>First name<br>H<br>Middle name<br>Dyrkolbotn<br>Last name<br>______<br>Suffix (Sr., Jr., II, III) | ______<br>First name<br>______<br>Middle name<br>______<br>Last name<br>______<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and doing business as names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 2 5 9 7<br>OR<br>9 xx – xx – ____ | xxx – xx – ____<br>OR<br>9 xx – xx – ____ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN<br>EIN<br>EIN<br>EIN | EIN<br>EIN<br>EIN<br>EIN |
| **5. Where you live** | 4703 NW 95th Blvd<br>Number Street<br><br>Gainesville FL 32606-3704<br>City State ZIP Code<br>Alachua County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Case number (*if known*)

**Part 2:** Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [x] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes. District ______ When ______ Case number ______

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [ ] No
- [x] Yes.

Debtor Celebration Pointe Holdings, LLC — Relationship to you Affiliate
District Florida, Northern District, Gainesville — When 03/14/2024 — Case number, if known 24-10056-KKS

Debtor Celebration Pointe Holdings II, LLC — Relationship to you Affiliate
District Florida, Northern District, Gainesville — When 03/14/2024 — Case number, if known 24-10057-KKS

**11. Do you rent your residence?**

- [x] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Case number (if known)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.
- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.
- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.
- [ ] **I am not required to receive a briefing about credit counseling because of:**
  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.
- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.
- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.
- [ ] **I am not required to receive a briefing about credit counseling because of:**
  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Case number (if known)

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- [x] No. Go to line 16b.
- [ ] Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- [ ] No. Go to line 16c.
- [x] Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- [ ] No. I am not filing under Chapter 7. Go to line 18.
- [x] Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - [ ] No
  - [x] Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [x] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [x] $100,000,001-$500 million | [ ] More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Svein H Dyrkolbotn
Signature of Debtor 1

Executed on 10/08/2025
MM / DD / YYYY

✘
Signature of Debtor 2

Executed on
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ /s/ Kenneth D. Herron, Jr.
Signature of Attorney for Debtor

Date 10/08/2025
MM / DD / YYYY

Kenneth D. Herron, Jr.
Printed name

Herron Hill Law Group, PLLC
Firm name

P. O. Box 2127
Number Street

Orlando FL 32802
City State ZIP Code

Contact phone 4076480058
Email address chip@herronhilllaw.com

699403 FL
Bar number State

Debtor 1 Svein H Dyrkolbotn Case number (*if known*)
First Name Middle Name Last Name

## Continuation Sheet for Official Form 101

**10) Other bankruptcy cases**

| | | |
|---|---|---|
| **Florida, Northern District, Gainesville** | **03/14/2024** | **24-10058-KKS** |

United States Bankruptcy Court
Northern District of Florida

In re: Svein H Dyrkolbotn

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/08/2025

/s/ Svein H Dyrkolbotn
Signature of Debtor

Signature of Joint Debtor

Adlane Aoudia
5310 Palmer Ln NW
Rochester, MN 55901

Advanta IRA Services, LLC
1209 East Cumberland Avenue
Unit 2802
Tampa, FL 33602

Allen Gannett
919 S ST NW
Washington, DC 20001

Amex
P.O. Box 7871
Fort Lauderdale, FL 33329

ARCISCap-Celebration Pointe Investment Ltd
4305 Michigan Trail
Kewadin, MI 49648

Ashit Vijapura
1209 East Cumberland Ave
Tampa, FL 33602

Asif Ahmed
501 Princess Ct SW
Vienna, VA 22180

ATRJR IRA, LLC
701 S Howard Ave
Tampa, FL 33606

ATRJR ROTH, LLC
701 S Howard Ave
Tampa, FL 33606

Barwick Banking Company
2020 E. Main Street
Barwick, GA 31720

Beatriz Diez
23592 Windsong
Apt 12F
Aliso Viejo, CA 92656

Benjamin Branson
16605 Thorton Ln
Edmond, OK 73012

Beth Jonas
104 Palmyra Place
Chapel Hill, NC 27514

Blue Sky Holdings Growth 3, LLC
1828 SW 112th Street
Gainesville, FL 32607

Brent Washam
466 Pike Rd
San Antonio, TX 78209-3119

Brian Stevens
3014 Meyeridge Road
Pittsburgh, PA 15209

Capital City Bank
PO Box 900
Tallahassee, FL 32302

Capital One
11013 W Broad St
Glen Allen, VA 23060

Catalyst Income Fund 2022-1A, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Catalyst Synartis CP Master 4A-2023, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Catalyst Synartis MF B Series Condo 3A-2023,
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Catalyst Synartis MF B Series MF 2A-2022, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

Celebration Pointe Holdings, LLC
5001 Celebration Pointe Ave
Suite 180
Gainesville, FL 32608

Charles I. Holden
5608 NW 43rd St
Gainesville, FL 32653

Citizensone
480 Jefferson Blvd
Warwick, RI 02886

CP City Place Holdings, LLC
5001 Celebration Pointe Ave
Ste 180
Gainesville, FL 32608

Craig Zoellner
265 Monroe Street
Denver, CO 80206

D. Thomas Donaldson
900 North Shore Drive
Unit 211
St. Petersburg, FL 33701

David Nelson
392 SW 95th Terrace
Gainesville, FL 32608

David Papadatos
21919 56 Ave
Bayside Hills, NY 11364

David Rosas
c/o Koss Olinger
2700 NW 43rd St., #A
Gainesville, FL 32606

David Strange
287 Jones PKWY.
Brentwood, TN 37027

David T. Rattner 2022 Irrevocable Trust
1828 SW 112th Street
Gainesville, FL 32607

Dennis Schoenian
18059 National Pike
Frostburg, MD 21532

Devin Trevor
157 Talbott Dr
Bowling Green, KY 42103

Dlp Bank
811 S Walnut
Starke, FL 32091

DLP Bank
811 S Walnut St
Starke, FL 32091

Dmitry Bulbin
6 Rustic Ct
Florham Park, NJ 07932

Donald Miller
4857 Valley Oak Dr
Loveland, CO 80538

Dung Pham
18625 SAGE CT
Saratoga, CA 95070-4574

Dylansloane LLC
C/O Eric Thompson
4605 W. Leona St.
Tampa, FL 33629

Elizabeth Rouhani
13668 NW 30th Rd
Gainesville, FL 32606

Eric Kagan
39 Concerto Court
North Easton, MA 02356

Everett Bluffside LLC
C/O Scott Everett
3090 Williams Creek
Cincinnati, OH 45244

Evins Enterprises
4949 Celebration Pointe Ave.
Ste 100
Gainesville, FL 32608

Fla Cr Un
Po Box 1702 201
Gainesville, FL 32602

Francine Sanger
95 Nassau Road
Massapequa, NY 11758

Fst Citizens
Pob 27607
Raleigh, NC 27607

Garcia Family Revocable Trust
C/O Gary Garcia II
4419 W. Vasconia St.
Tampa, FL 33629

GNV RE CP Fund
5001 Celebration Pointe Ave
Ste 180
Gainesville, FL 32608

GX Florida, LLC (DE)
1900 Glades Road
Suite 600-08
Boca Raton, FL 33431

Hutson and Vanessa Rapier
1708 SW 117th Street
Gainesville, FL 32607

Iceberg Capital Partners II, LLC
3279 Yorktown Drive
Roswell, GA 30075

Iceberg Capital Partners IV, LLC
3279 Yorktown Drive
Roswell, GA 30075

Iceberg Capital Partners, LLC
3279 Yorktown Drive
Roswell, GA 30075

Iceberg Real Estate Investments, LLC
3279 Yorktown Drive
Roswell, GA 30075

Indus Captial Fund
3279 Yorktown Drive
Roswell, GA 30075

Indus Captial Fund I, LLC
3279 Yorktown Drive
Roswell, GA 30075

James A. Timko, Esq.
PO Box 2346
Orlando, FL 32802

James B. Euliano, Trustee
Neil R. Euliano Trust JBE
4585 Old Carriage Trail
Oviedo, FL 32765

James McClave
13509 SW Williston Rd.
Micanopy, FL 32667

Janet Markowitz
45 Hamilton Place
Tenafly, NJ 07670

Jara Group II
2821 North Ocean Blvd.
Apt PH-05 SO
Fort Lauderdale, FL 33308

JBSS, LLC
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

JCB Family II LLC
2519 N. McMullen Booth Road
Ste. 510
Clearwater, FL 33761

Jennifer Eggleston
5001 Pilgrims Pathway
Unit G
Tampa, FL 33611

Jeremy Pino
3113 Paxton Ave.
Tampa, FL 33611

Jianxun Dong
9528 Woodington Dr
Potomac, MD 20854

Jill Freedman
392 SW 95th Terrace
Gainesville, FL 32608

JLC CP LLC
6215 S Russell St.
Tampa, FL 33611

Joel Harris
2001 Granite Bar Way
Gold River, CA 95670

John Deluca
2556 Escada Dr.
Naples, FL 34109

John Peden
1200 Indian River Drive
Sebastian, FL 32958

Jon Guven
c/o Bloom Parham, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306

Jpmcb Card
800 Brooksedge Blvd
Westerville, OH 43081

JTM Real Estate
13509 SW Williston Rd.
Micanopy, FL 32667

KB Advisors, LLC
75 Shields Lane
Bridgewater, NJ 08807

Keith Melton
130 Harlinsdale Ct.
Franklin, TN 37069

Kenneth and Linda McGurn
101 SE 2nd Place
Suite 117
Gainesville, FL 32601

Khoa Ho
8908 Gallant Green Dr
Mc Lean, VA 22102

Kyle and Kimberly Balch
262 Navajo St.
Tavernier, FL 33070

Lajpat Rai
2618 Northwind Drive,
Richmond, VA 23233

Lane Trust
11808 SW 61st Street
Gainesville, FL 32608

LBS of Gainesville, LLC
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

Leslie Schroeder
1031 Royal Palm Blvd
Ste A
Vero Beach, FL 32960-5341

Lewis Golden
9155 E Smoke Rise Drive
Tucson, AZ 85715

Lloyd Speer
8123 Paseo Del Ocaso
La Jolla, CA 92037

LLS of Gainesville, LLC
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

Louis Rotundo
302 Pinestraw Circle
Altamonte Springs, FL 32714

LRS of Gainesville, LLC (Shey)
14359 SW 2ND PLACE
Suite D-1
Newberry, FL 32669

Madhu Talluri
5567 173rd Ave,
Bellevue, WA 98006

Mainstreet Community Bank of Florida
204 S. Woodland Blvd.
Deland, FL 32720

Mark Kwan
258 Greenfield Ave
San Mateo, CA 94403

Mary Rockwood Lane
11808 SW 61st Street
Gainesville, FL 32608

Matthew Bates
20085 Hoya Ln
Garden Ridge, TX 78266

MEW Commercial, LLC
502 N. W. 16th Ave
Gainesville, FL 32601

Michael Fried
1136 Southpoint Trail
Durham, NC 27713

Michael Kivler
3220 River Villa Way 160
Melbourne Beach, FL 32951

Michael Murgatory
1279 W Palmetto Park RD
Boca Raton, FL 33486

Michael Schroeder
1031 Royal Palm Blvd
Ste A
Vero Beach, FL 32960-5341

Millennium Bank
6392 Artesian Circle
Ooltewah, TN 37363

Minaxi Vijapura
1209 E. Cumberland Ave.
Unit #2802
Tampa, FL 32602

MJN Solutions, LLC
608 SW 97th Terrace
Gainesville, FL 32607

Mohiuddin Syed
12073 SW 125 St
Miami, FL 33186

Natarajan Sundaram
1136 Shaker Court
San Jose, CA 95120

Neil R. Euliano, Trustee
Neil R. Euliano Trust NRE
3914 SW 95th Dr
Gainesville, FL 32608

Oakmont Properties LTD
5510 Appian Way
Wadsworth, OH 44281

Oluwaseyi Fadamiro
2881 Lexington Lakes Ave
Baton Rouge, LA 70810

Pat Byrne
2516 Vintage Street
Farmers Branch, TX 75234

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32608

Patricia A. Shively
608 SW 97th Terrace
Gainesville, FL 32607

Patricia A. Shively, Trustee
608 SW 97th Terrace
Gainesville, FL 32607

Patricia A. Shively, Trustee
608 SW 97th Terrace
Gainesville, FL 32608

Patricia Shively
608 SW 97th Terrace
Gainesville, FL 32607

Peachtree Hotel Group II & PHG Gainesville CP
One Alliance Center 3500 Lenox Road
Suite 625
Atlanta, GA 30326

Peter Hyatt
9 Pinelake Ct
Williamsville, NY 14221

Phyllis T. Dean Irrevocable Living Trust
10115 SW 15th Place
Gainesville, FL 32607

Poyet Enterprises, Inc.
4905 NW 95 Blvd.
Gainesville, FL 32606

PREH Celebration LLC
401 South Florida Ave.
Suite 210
Tampa, FL 33602

Quang Ton
79 Cherry Hills Dr
Jersey Village, TX 77064

Quynhthy Bui
835 Tulane Street
Houston, TX 77007

R & M Ag Enterprises, LLC
750 SE SR 26
Trenton, FL 32693

Ralph Conti
c/o Real Estate Advisors, LLC
1070 Callahan's Ridge Rd
Greensboro, GA 30642

Randy Emmons
8713 NW 226th St.
Alachua, FL 32615

Readyshown, LLC
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

Renee Dunlap
27815 Woodland Green
Boerne, TX 78015

Richa Goyal
3279 Yorktown Drive
Roswell, GA 30075

Richard Scott Blaser
646 SW 133rd Way
Newberry, FL 32669

Roy Pascal
2652 White Crane Cir
Livermore, CA 94550

Royal Oaks of Gainesville, LLC
2210 NW 2nd Avenue
Gainesville, FL 32603

Royce Fung
4902 Park Blvd
Oakland, CA 94611

Rudolf Stoett
4140 Oberlin Street
Houston, TX 77005

Sameer Marella
7152 Atlas Peak Dr
Dublin, CA 94568

Sergey Nikolaev
3475 Granada Ave
Santa Clara, CA 95051

Shaun Morrissey
740 Wellington Court
Oldsmar, FL 34677

SHD Development
4703 NW 95th BLVD
Gainesville, FL 32606

Sherrye C. Parr
302 Pinestraw Circle
Altamonte Springs, FL 32714

Shey Associates, Inc.
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

SIS of Gainesville
14359 SW 2ND PLACE
Suite D-1
Newberry, FL 32669

SIS of Gainesville, LLC
14359 SW 2nd Place
Ste D-1
Newberry, FL 32669

Sotiris Stamou
3043 Hartridge TER
Wellington, FL 33414

Stephanie Cristiano
2701 Whiffletree Rd.
Charlotte, NC 28210

Stephen Shey as Trustee
14359 SW 2ND PLACE
Suite D-1
Newberry, FL 32669

Stephen Shey, Trustee
14407 SW 2nd Place
Suite G-20
Newberry, FL 32669

Steve Shey
14359 SW 2ND PLACE
Suite D-1
Newberry, FL 32669

Synartis Capital Management, LLC
11720 Amberpark Drive
Suite 160
Alpharetta, GA 30009

TD Bank N.A.
Attn: Louise Lebrun
Lewiston, ME 04240

Tejas Patel
533 Lucerne Ave.
Tampa, FL 33606

The J Company LLC
C/O Chad Kiner
690 EVENING STREET
Columbus, OH 43085

The Thomas P. and Joan E. Rothrock Revocable
3134 NW 58th Boulevard
Gainesville, FL 32606

Tim & Ruth Gilliland Dean
10115 SW 15th Place
Gainesville, FL 32605

Tony Glockler
940 Glen Arbor Dr
Encinitas, CA 92024

Troy Ely
19103 NW 72nd Ave
Alachua, FL 32615

Vernon Chalfant
763 Tyler Dr.
Sarasota, FL 34236

Viking Companies, LLC
5001 Celebration Pointe Ave
Ste 180
Gainesville, FL 32608

Viking Construction Company of Florida, LLC
5001 Celebration Pointe Ave
Ste 180
Gainesville, FL 32608

Viking Partner Fund 1
4703 NW 95th BLVD
Gainesville, FL 32606

Viking Student Housing
5001 Celebration Pointe Ave
Ste 180
Gainesville, FL 32608

Vineet Sarda
441 5TH AVE NE
Isaaquah, WA 98029

Vinish Kathuria
75 Shields Lane
Bridgewater, NJ 08807

Vipul Shah
1546 NE 95th ST
Seattle, WA 98115

VyStar Credit Union
P. O. Box 45085
Jacksonville, FL 32232-5085

Waterpoint Capital, LLC
517 Bank St. NE
Suite D
Decatur, AL 35601

Watson Construction Company
940 NW 27th Drive
Newberry, FL 32669

WDO Development, LLC
c/o Koss Olinger
2700 NW 43rd St., #A
Gainesville, FL 32606

Will Olinger
2700 NW 43rd St
Gainesville, FL 32606

William Anderson
29406 Commons Forest Drive
Huffman, TX 77336

William F. Koss
280 English Oak Lane
Unit 8
Ponte Vedra Beach, FL 32082

Yuriy Zeylikman
1005 Blakeford Court
Winston Salem, NC 27106

**Fill in this information to identify your case:**

Debtor 1: Svein H Dyrkolbotn
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number (If known): ______________________

**Check one box only as directed in this form and in Form 122A-1Supp:**

- [x] 1. There is no presumption of abuse.
- [ ] 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- [ ] 3. The Means Test does not apply now because of qualified military service but it could apply later.

- [ ] Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - [ ] **Not married.** Fill out Column A, lines 2-11.
   - [ ] **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - [x] **Married and your spouse is NOT filing with you. You and your spouse are:**
     - [x] **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - [ ] **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $ | $ | | | |
| Ordinary and necessary operating expenses | – $ | – $ | | | |
| Net monthly income from a business, profession, or farm | $ | $ | Copy here ➔ | $ | $ |
| 6. **Net income from rental and other real property** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $ | $ | | | |
| Ordinary and necessary operating expenses | – $ | – $ | | | |
| Net monthly income from rental or other real property | $ | $ | Copy here ➔ | $ | $ |
| 7. **Interest, dividends, and royalties** | | | | $ | $ |

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Case number (if known)__________

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 8. **Unemployment compensation** | $________ | $________ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ...............................

For you ............ $________

For your spouse ............ $________

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. $________ $________

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | Column A | Column B |
|---|---|---|
| __________ | $________ | $________ |
| __________ | $________ | $________ |
| Total amounts from separate pages, if any. | + $________ | + $________ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. $________ + $________ = $________ **Total current monthly income**

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ............ **Copy line 11 here** → $________

Multiply by 12 (the number of months in a year). **x** 12

12b. The result is your annual income for this part of the form. 12b. $________

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [ ]

Fill in the number of people in your household. [ ]

Fill in the median family income for your state and size of household. ............ 13. $________

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ❑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ❑ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Case number (*if known*)

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Svein H Dyrkolbotn
Signature of Debtor 1

✘
Signature of Debtor 2

Date 10/08/2025
MM / DD / YYYY

Date
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 Svein H Dyrkolbotn
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number ______________________
(If known)

☐ Check if this is an amended filing

# Official Form 122A–1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

   ☐ No. Go to line 3.

   ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty**.**

   ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _______________, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days**, ending on _______________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.