**Fill in this information to identify your case:**

Debtor 1    Svein H Dyrkolbotn
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number    25-10270
_____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................. | $3,200,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | $389,926.21 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................ | $3,589,926.21 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ | $190,391.05 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.......................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... | + $191,447,788.71 |
| **Your total liabilities** | $191,638,179.76 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ......................................................................... | $22,500.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* .......................................................................... | $22,988.90 |

| Debtor 1 | Svein Dyrkolbotn | | | Case number *(if known)* | 25-10270 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

Debtor 1          Svein H Dyrkolbotn
                  _____
                  First Name        Middle Name        Last Name

Debtor 2          _____
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of
Florida

Case number       25-10270
(if know)         _____

☐ Check if this is
  an amended
  filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1

4703 NW 95th Blvd
_____
Street address, if available, or other description

Gainesville FL    32606-3704
_____
City      State    ZIP Code

Alachua County
_____
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Homestead owned as TBE

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 2,900,000.00

**Current value of the portion you own?**
$ 2,900,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties

☐ **Check if this is community property**

1.2

Lerøyveien 110, 5943
_____
Street address, if available, or other description
Austrheim Norway
_____

_____
City    State    ZIP Code

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other Cabin

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 300,000.00

**Current value of the portion you own?**
$ 300,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Owner

☐ **Check if this is community property**

Debtor 1   Svein H Dyrkolbotn
           First Name   Middle Name   Last Name

Case number *(if known)* 25-10270

|  | Other information you wish to add about this item, such as local property identification number: |  |
|---|---|---|
|  | Value is estimated. No recent appraisals. |  |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ⟶ | $3,200,000.00

## Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ⟶ | $0.00

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following? | | Current value of the portion you own? |
|---|---|---|
| | | Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe.......... | All household goods and belongings located at Debtor's home, including but not limited to furniture, appliances, TVs and other electronics, hand tools and yard equipment. Inventpry and appraisal to be provided to Trustee upon request. (All items are owned as TBE) | $ 16,075.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe.......... | Included in household good and furnishings at 6. above (all TBE) | $ 0.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☐ No
   - ☑ Yes. Describe.......... | Included in household good and furnishings at 6. above (all TBE) | $ 0.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☐ No
   - ☑ Yes. Describe.......... | Stationary bike, rowing machine, weight bench and free weights, NoHrd wall compact fitness unit, golf clubs, misc. exercise items (All TBE) | $ 2,095.00

Debtor 1   Svein H Dyrkolbotn
_____
First Name    Middle Name    Last Name

Case number *(if known)* 25-10270
_____

---

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe..........

| Liberty gun safe (LZ-25); Mossberg Patrior rifle and scope; Heckler & Koch .45 pistol and case; Stoeger BB gun; misc. ammunition and supplies (all TBE) |

$ 1,700.00

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........

| Everday clothing |

$ 100.00

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..........

| Wedding ring, Apple watch |

$ 100.00

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.........

| Caique parrot; Miniature donkeys (all TBE) |

$ 1,800.00

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

|  |

$ 0.00

**15.  Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**........................................................................➤

$21,870.00

---

| Part 4: | Describe Your Financial Assets |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?

Do not deduct secured claims or exemptions.

**16.  Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................................................   Cash ...........................   $ 250.00

**17.  Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

| 17.1. Checking account: | Wells Fargo (2917) (TBE) | $ 273.69 |
| 17.2. Checking account: | Barwick Banking Company (3865) (TBE) | $ 2,873.84 |
| 17.3. Checking account: | FanaSparebank (1474) **value is approximate based on currency exchange rate | $ 4,990.48 |
| 17.4. Checking account: | Wells Fargo Prime Checking (8055) (TBE) | $ 414.21 |

Debtor 1    Svein H Dyrkolbotn
　　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* 25-10270

| | | |
|---|---|---|
| 17.5. Checking account: | FanaSparebank (1264) **value is approximate based on currency exchange rate | $ 423.88 |
| 17.6. Checking account: | FanaSparebank (5665) **value is approximate based on currency exchange rate | $ 1,731.36 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...................

Institution or issuer name:

Vanguard (8613)　　　　　　　　　　　　　　　　　　$ 2.83

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

Name of entity:                          % of ownership:

Debtor has interests in various LLCs - see attached Exhibit A/B - 19　　　　　　_____%　　$ Unknown

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

Issuer name:

　　　　　　　　　　　　　　　　　　　　　　　$ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account: | Institution name: | Value: |
|---|---|---|
| 401(k) or similar plan: | Viking 401(K) Plan | $ 1,461.83 |
| Pension plan: | | $ 0.00 |
| IRA: | Roth IRA at Vanguard (2742) | $ 277,581.02 |
| Retirement account: | | $ 0.00 |
| Keogh: | | $ 0.00 |
| Additional account: | | $ 0.00 |
| Additional account: | | $ 0.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

| Debtor 1 | Svein H Dyrkolbotn | | | Case number *(if known)* 25-10270 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information
about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information
about them...

| Contractor's License CGC 1517065 | $ 0.00 |
|---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether you
already filed the returns and the tax
years...

| | Federal: | $ 0.00 |
|---|---|---|
| | State: | $ 0.00 |
| | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

| | Alimony: | $ 0.00 |
|---|---|---|
| | Maintenance: | $ 0.00 |
| | Support: | $ 0.00 |
| | Divorce settlement: | $ 0.00 |
| | Property settlement: | $ 0.00 |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance
company of each policy and list its
value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Linclon (term policy with $3MM death benefit) | JBBS, LLC; Shey Family, LLC; Heather Dyrkolbotn | $ 0.00 |
| Minnesota Life (Variable Universal Life policy with $3MM death benefit) | Shey Management, LLC; Shey Family, LLC; Stephen Shey, Trustee | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

Debtor 1  Svein H Dyrkolbotn
First Name    Middle Name    Last Name

Case number *(if known)* 25-10270

---

35. **Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information...

529 College Savings for Minor Daughters - Vanguard (4530)

$ 76,553.07

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................➤  | $366,556.21 |

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe...

41. **Inventory**

☑ No

☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe...

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................➤  | $0.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes...

Debtor 1   Svein H Dyrkolbotn
First Name   Middle Name   Last Name

Case number *(if known)* 25-10270

---

48. **Crops—either growing or harvested**

☐ No
☑ Yes. Give specific information...

Hay (TBE and part of homestead)

$ 1,500.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............................................................................➤   $ 1,500.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................➤   $ 0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ............................................................................................➤   $ 3,200,000.00

56. **Part 2: Total vehicles, line 5**                                      $ 0.00

57. **Part 3: Total personal and household items, line 15**            $ 21,870.00

58. **Part 4: Total financial assets, line 36**                        $ 366,556.21

59. **Part 5: Total business-related property, line 45**               $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**      $ 1,500.00

61. **Part 7: Total other property not listed, line 54**           +   $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 389,926.21       Copy personal property total ➤   +$ 389,926.21

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                              $ 3,589,926.21

## Exhibit A/B 19

| Name of Entity | LLC or Corp. or Limited Partnership? | % of Ownership | Current Value of Svein's Interest |
|---|---|---|---|
| Arcis Broadway Productions LLC | Multi-Member LLC | 0.00% | Unknown |
| ARS Gainesville Investment, LLC | Multi-Member LLC | 20.00% | Unknown |
| CP REST Keys, LLC (filed 2/21/2023) - Dissolving EOY 2025 | SM-LLC | 100.00% | $         - |
| CP Rest T545, LLC | SM-LLC | 100.00% | $         - |
| DrV-Vue, LLC | Multi-Member LLC | 0.05% | $         - |
| Gainesville Tech Fund LP | LP | unknown | $    19,723.00 |
| GNV RE Fund 2, LLC | Multi-Member LLC | 55.00% | $         - |
| GNV RE Fund 3, LLC | Multi-Member LLC | 100.00% | $         - |
| SHD City Place, LLC (converted to **DE** LLC 8/11/2021) | SM-LLC | 100.00% | $         - |
| SHD Development Services, LLC | SM-LLC | 100.00% | $         - |
| SHD Development, LLC | SM-LLC | 100.00% | $         - |
| SHD Management, LLC | SM-LLC | 100.00% | $         - |
| SHD Real Estate, LLC | Multi-Member LLC | 0.50% | $         - |
| SHD Ventures, LLC | Multi-Member LLC | 100.00% | $         - |
| SHD Vue Investments, LLC | Multi-Member LLC | 90.50% | $         - |
| SHD-Celebration Pointe, LLC | SM-LLC | 100.00% | $         - |
| Spurrier's Gridiron Grill Celebration Pointe, LLC | Multi-Member LLC | 20.00% | Unknown |
| Viking Companies, LLC | Multi-Member LLC | 67.46% | $         - |
| Viking Construction Company of Florida, LLC | Multi-Member LLC | 50.00% | $         - |
| Harbor SCM Trustee SPE 08-2022 LLC | Multi-Member LLC | 80% | Unknown |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Svein H Dyrkolbotn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Northern District of Florida | | |
| Case number (If known) | 25-10270 | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 4703 NW 95th Blvd<br><br>Line from *Schedule A/B*:  1.1 | $ 2,900,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. 10, sec. 4(a)(1) |
| Brief description: Household Goods - All household goods and belongings located at Debtor's home, including but not limited to furniture, applicances, TVs and other electronics, hand tools and yard equipment. Inventory and appraisal to be provided to Trustee<br>Line from *Schedule A/B*:  6 | $ 16,075.00 | ☑ $ 16,075.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Household Goods - All household goods and belongings located at Debtor's home, including but not limited to furniture, applicances, TVs and other electronics, hand tools and yard equipment. Inventory and appraisal to be provided to Trustee upon request (All items are owned as TBE)<br>Line from *Schedule A/B*:  6 | $ 16,075.00 | ☑ $ 800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Debtor    **Svein H Dyrkolbotn**

First Name    Middle Name    Last Name

Case number *(if known)*  25-10270

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sports & Hobby Equipment - Stationary bike, rowing machine, weight bench and free weights, NoHrd wall compact fitness unit, golf clubs, misc. exercise items (All TBE)<br>Line from *Schedule A/B*: 9 | $ 2,095.00 | ☑ $ 2,095.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Firearms - Liberty gun safe (LZ-25); Mossberg Patriot rifle and scope; Heckler & Koch .45 pistol and case; Stoeger BB gun; misc. ammunition and supplies (all TBE)<br>Line from *Schedule A/B*: 10 | $ 1,700.00 | ☑ $ 1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Clothing - Everday clothing<br>Line from *Schedule A/B*: 11 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |
| Brief description: Jewelry - Wedding ring, Apple watch<br>Line from *Schedule A/B*: 12 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art.10, § 4 |
| Brief description: Pet(s) - Caique parrot; Minianture donkeys (all TBE)<br>Line from *Schedule A/B*: 13 | $ 1,800.00 | ☑ $ 1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Cash on hand (Cash on Hand)<br>Line from *Schedule A/B*: 16 | $ 250.00 | ☑ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §222.11 |
| Brief description: Barwick Banking Company (3865) (TBE) (Checking Account)<br>Line from *Schedule A/B*: 17.2 | $ 2,873.84 | ☑ $ 2,873.84<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Barwick Banking Company (3865) (TBE) (Checking Account)<br>Line from *Schedule A/B*: 17.2 | $ 2,873.84 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. §222.11 |
| Brief description: Roth IRA at Vanguard (2742)<br>Line from *Schedule A/B*: 21 | $ 277,581.02 | ☑ $ 277,581.02<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |
| Brief description: Viking 401(K) Plan<br>Line from *Schedule A/B*: 21 | $ 1,461.83 | ☑ $ 1,461.83<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21 (2) |
| Brief description: Minnesota Life (Variable Universal Life policy with $3MM death benefit)<br>Line from *Schedule A/B*: 31 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |
| Brief description: 529 College Savings for Minor Daughters - Vanguard (4530) (owed to debtor)<br>Line from *Schedule A/B*: 35 | $ 76,553.07 | ☑ $ 76,553.07<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.22 (1),(3) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page **2** of **3**

Debtor    **Svein H Dyrkolbotn**

First Name    Middle Name    Last Name

Case number (*if known*)    25-10270

---

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Hay (TBE and part of homestead)<br><br>Line from *Schedule A/B*: 48 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) and Florida Common Law of Tenancies by the Entirety |
| Brief description: Hay (TBE and part of homestead)<br><br>Line from *Schedule A/B*: 48 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(1) |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 3 of 3

**Fill in this information to identify your case:**

Debtor 1  Svein H Dyrkolbotn
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Northern District of Florida

Case number  25-10270
(if know)

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:  $ 190,391.05    $ 2,900,000.00    $ 0.00

Barwick Banking Company
Creditor's Name

2020 E. Main Street
Number    Street

Barwick GA    31720
City    State    ZIP Code

4703 NW 95th Blvd - $2,900,000.00 HELOC on homestead

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  05/06/2024

Last 4 digits of account number 3594

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 190,391.05

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection
agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.
Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have
additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1     Svein H Dyrkolbotn
_____
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) _____
             First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Florida

Case number    25-10270
(if know)    _____

☐ Check if this is
  an amended
  filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ **No. Go to Part 2.**
   - ☐ **Yes.**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ **No. You have nothing else to report in this part. Submit it to the court with your other schedules.**
   - ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

Adlane Aoudia
_____
Nonpriority Creditor's Name

5310 Palmer Ln NW
_____
Number   Street

Rochester MN    55901
_____
City      State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Investor Claim

$ Unknown

---

**4.2**

Advanta IRA Services, LLC
_____
Nonpriority Creditor's Name

1209 East Cumberland Avenue
_____
Number   Street

Unit 2802
_____

Tampa FL   33602
_____
City   State   ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  -VUE

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.3**

Allen Gannett
_____
Nonpriority Creditor's Name

919 S ST NW
_____
Number   Street

Washington DC   20001
_____
City   State   ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.4**

Amex
_____
Nonpriority Creditor's Name

P.O. Box 7871
_____
Number   Street

Fort Lauderdale FL   33329
_____
City   State   ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  1783

**When was the debt incurred?**  9/25/2007

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 4,846.00

---

| 4.5 | ARCISCap-Celebration Pointe Investment Ltd | Last 4 digits of account number _____ | $ 50,857,073.67 |

**4.5**

**ARCISCap-Celebration Pointe Investment Ltd**
Nonpriority Creditor's Name

4305 Michigan Trail
Number    Street

Kewadin MI    49648
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  2024-CA-010442

$ 50,857,073.67

---

**4.6**

**Ashit Vijapura**
Nonpriority Creditor's Name

1209 East Cumberland Ave
Number    Street

Tampa FL    33602
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor claim DRV-Vue

$ Unknown

---

**4.7**

**Asif Ahmed**
Nonpriority Creditor's Name

501 Princess Ct SW
Number    Street

Vienna VA    22180
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

| 4.8 | ATRJR IRA, LLC | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|

**ATRJR IRA, LLC**
Nonpriority Creditor's Name

701 S Howard Ave
Number    Street

#106-160

Tampa FL    33606
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

| 4.9 | ATRJR ROTH, LLC | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|

**ATRJR ROTH, LLC**
Nonpriority Creditor's Name

701 S Howard Ave
Number    Street

#106-160

Tampa FL    33606
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

| 4.10 | Beatriz Diez | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

**Beatriz Diez**
Nonpriority Creditor's Name

23592 Windsong
Number    Street

Apt 12F

Aliso Viejo CA    92656
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

| 4.11 | Benjamin Branson | | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

16605 Thorton Ln
Number    Street

Edmond OK    73012
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.12 | Beth Jonas | | Last 4 digits of account number  W | $ Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

104 Palmyra Place
Number    Street

Chapel Hill NC    27514
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.13 | Blue Sky Holdings Growth 3, LLC | | Last 4 digits of account number  Guys | $ Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

1828 SW 112th Street
Number    Street

Gainesville FL    32607
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

| 4.14 | Brent Washam | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

466 Pike Rd

Number    Street

San Antonio TX    78209-3119

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.15 | Brian Stevens | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

3014 Meyeridge Road

Number    Street

Pittsburgh PA    15209

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.16 | Capital City Bank | Last 4 digits of account number | $ 1,425,081.00 |
|---|---|---|---|

**Nonpriority Creditor's Name**

PO Box 900

Number    Street

Tallahassee FL    32302

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  2025 CA 2071

---

| 4.17 | Capital One | Last 4 digits of account number  0691 | $ 2,432.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 5/30/2019

11013 W Broad St

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Glen Allen VA     23060

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit Card Debt

☑ No

☐ Yes

| 4.18 | Capital One | Last 4 digits of account number  0031 | $ 19,088.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 7/28/2016

11013 W Broad St

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Glen Allen VA     23060

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit Card Debt

☑ No

☐ Yes

| 4.19 | Capital One | Last 4 digits of account number  5578 | $ 7,400.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 5/30/2019

11013 W Broad St

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Glen Allen VA     23060

☐ Contingent

City    State    ZIP Code

☐ Unliquidated

**Who owes the debt?** Check one.

☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only

☐ Student loans

☐ At least one of the debtors and another

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim relates to a community debt**

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit Card Debt

☑ No

☐ Yes

| | | |
|---|---|---|
| **4.20** | Catalyst Income Fund 2022-1A, LLC | **Last 4 digits of account number** _____ |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| | 11720 Amberpark Drive | |
| | Number    Street | **As of the date you file, the claim is:** Check all that apply. |
| | Suite 160 | ☐ Contingent |
| | | ☐ Unliquidated |
| | Alpharetta GA    30009 | ☐ Disputed |
| | City    State    ZIP Code | |

$ 3,013,873.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  1:24-cv-00191 / CP HOLDINGS CONSOLIDATED III LLC

---

| | | |
|---|---|---|
| **4.21** | Catalyst Synartis CP Master 4A-2023, LLC | **Last 4 digits of account number** _____ |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| | 11720 Amberpark Drive | |
| | Number    Street | **As of the date you file, the claim is:** Check all that apply. |
| | Suite 160 | ☐ Contingent |
| | | ☑ Unliquidated |
| | Alpharetta GA    30009 | ☐ Disputed |
| | City    State    ZIP Code | |

$ 15,024,638.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  1:24-cv-00187 - SYNARTIS INCOME FUND LLC et al v. CP HOLDINGS CONSOLIDATED VII LLC et al

---

| | | |
|---|---|---|
| **4.22** | Catalyst Synartis MF B Series Condo 3A-2023, | **Last 4 digits of account number** _____ |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| | LLC | |
| | | **As of the date you file, the claim is:** Check all that apply. |
| | 11720 Amberpark Drive | ☐ Contingent |
| | Number    Street | ☐ Unliquidated |
| | Suite 160 | ☐ Disputed |
| | | |
| | Alpharetta GA    30009 | |
| | City    State    ZIP Code | |

$ 6,238,087.00

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  1:24-cv-00193 / CP HOLDINGS CONSOLIDATED VI LLC

| 4.23 | Catalyst Synartis MF B Series MF 2A-2022, LLC | Last 4 digits of account number ____ | $ 6,711,566.00 |

**Catalyst Synartis MF B Series MF 2A-2022, LLC**
Nonpriority Creditor's Name

11720 Amberpark Drive
Number    Street

Suite 160

Alpharetta GA    30009
City    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  1:24-cv-00194 / CP HOLDINGS CONSOLIDATED V LLC

---

| 4.24 | Charles I. Holden | Last 4 digits of account number  ners | $ Unknown |

**Charles I. Holden**
Nonpriority Creditor's Name

5608 NW 43rd St
Number    Street

Gainesville FL    32653
City    State    ZIP Code

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.25 | Citizensone | Last 4 digits of account number  8071 | $ 2,981.00 |

**Citizensone**
Nonpriority Creditor's Name

480 Jefferson Blvd
Number    Street

Warwick RI    02886
City    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** 03-17-2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guaranty of car loan for business

| 4.26 | CP City Place Holdings, LLC | Last 4 digits of account number _____ | $ Unknown |
|------|------|------|------|

**Nonpriority Creditor's Name**

5001 Celebration Pointe Ave

Number     Street

Ste 180

Gainesville FL      32608

City          State      ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

| 4.27 | Craig Zoellner | Last 4 digits of account number  43HP | $ Unknown |
|------|------|------|------|

**Nonpriority Creditor's Name**

265 Monroe Street

Number     Street

Denver CO      80206

City          State      ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.28 | David Nelson | Last 4 digits of account number  ings | $ Unknown |
|------|------|------|------|

**Nonpriority Creditor's Name**

392 SW 95th Terrace

Number     Street

Gainesville FL      32608

City          State      ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.29 | **David Papadatos** | **Last 4 digits of account number** 43HP | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

21919 56 Ave
Number    Street

Bayside Hills NY    11364

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.30 | **David Rosas** | **Last 4 digits of account number** Fund | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Koss Olinger

2700 NW 43rd St., #A
Number    Street

Gainesville FL    32606

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.31 | **David Strange** | **Last 4 digits of account number** | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

287 Jones PKWY.
Number    Street

Brentwood TN    37027

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

| 4.32 | David T. Rattner 2022 Irrevocable Trust | Last 4 digits of account number  ys 3 | $ Unknown |
|---|---|---|---|

**David T. Rattner 2022 Irrevocable Trust**
Nonpriority Creditor's Name
1828 SW 112th Street
Number    Street
Gainesville FL    32607
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number  ys 3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**Dennis Schoenian**
Nonpriority Creditor's Name
18059 National Pike
Number    Street
Frostburg MD    21532
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

4.33  $ Unknown

---

**Devin Trevor**
Nonpriority Creditor's Name
157 Talbott Dr
Number    Street
Bowling Green KY    42103
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number  43HP**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

4.34  $ Unknown

| 4.35 | DLP Bank | Last 4 digits of account number _____ | $ 2,209,175.00 |

**DLP Bank**
Nonpriority Creditor's Name

**811 S Walnut St**
Number    Street

**Starke FL    32091**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2025 CA 002138

---

| 4.36 | Dmitry Bulbin | Last 4 digits of account number  43HP | $ Unknown |

**Dmitry Bulbin**
Nonpriority Creditor's Name

**6 Rustic Ct**
Number    Street

**Florham Park NJ    07932**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.37 | Donald Miller | Last 4 digits of account number  43HP | $ Unknown |

**Donald Miller**
Nonpriority Creditor's Name

**4857 Valley Oak Dr**
Number    Street

**Loveland CO    80538**
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.38** | D. Thomas Donaldson
Nonpriority Creditor's Name

900 North Shore Drive
Number   Street

Unit 211

St. Petersburg FL   33701
City    State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** sing

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

$ Unknown

---

**4.39** | Dung Pham
Nonpriority Creditor's Name

18625 SAGE CT
Number   Street

Saratoga CA   95070-4574
City    State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

$ Unknown

---

**4.40** | Dylansloane LLC
Nonpriority Creditor's Name

C/O Eric Thompson
Number   Street

4605 W. Leona St.

Tampa FL   33629
City    State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Element Investor

$ Unknown

---

| 4.41 | Elizabeth Rouhani | | |
|---|---|---|---|

Nonpriority Creditor's Name

13668 NW 30th Rd

Number    Street

Gainesville FL    32606

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  Fund

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.42 | Eric Kagan | | |
|---|---|---|---|

Nonpriority Creditor's Name

39 Concerto Court

Number    Street

North Easton MA    02356

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.43 | Everett Bluffside LLC | | |
|---|---|---|---|

Nonpriority Creditor's Name

C/O Scott Everett

Number    Street

3090 Williams Creek

Cincinnati OH    45244

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

| 4.44 | Evins Enterprises | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|

**4.44**

**Evins Enterprises**
Nonpriority Creditor's Name

4949 Celebration Pointe Ave.
Number   Street

Ste 100

Gainesville FL   32608
City   State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor claim SDPS5

$ Unknown

---

**4.45**

**Fla Cr Un**
Nonpriority Creditor's Name

Po Box 1702 201
Number   Street

Gainesville FL   32602
City   State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0713
**When was the debt incurred?**  07-08-2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guarantee of business debt

$ Unknown

---

**4.46**

**Francine Sanger**
Nonpriority Creditor's Name

95 Nassau Road
Number   Street

Massapequa NY   11758
City   State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

| 4.47 | Fst Citizens | | Last 4 digits of account number 5663 | $ Unknown |
|---|---|---|---|---|

**Fst Citizens**
Nonpriority Creditor's Name

Pob 27607
Number    Street

Raleigh NC    27607
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5663
**When was the debt incurred?** 4/17/2001

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.48 | Garcia Family Revocable Trust | | Last 4 digits of account number | $ Unknown |
|---|---|---|---|---|

**Garcia Family Revocable Trust**
Nonpriority Creditor's Name

C/O Gary Garcia II
Number    Street

4419 W. Vasconia St.

Tampa FL    33629
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

| 4.49 | GNV RE CP Fund | | Last 4 digits of account number  LLC | $ Unknown |
|---|---|---|---|---|

**GNV RE CP Fund**
Nonpriority Creditor's Name

5001 Celebration Pointe Ave
Number    Street

Ste 180

Gainesville FL    32608
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  LLC
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.50 | GX Florida, LLC (DE) | | Last 4 digits of account number  43HP | $ Unknown |
|------|----------------------|---|---------------------------------------|-----------|

**4.50** GX Florida, LLC (DE)

Nonpriority Creditor's Name

1900 Glades Road

Number     Street

Suite 600-08

Boca Raton FL     33431

City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.51** Hutson and Vanessa Rapier

Nonpriority Creditor's Name

1708 SW 117th Street

Number     Street

Gainesville FL     32607

City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

---

**4.52** Iceberg Capital Partners II, LLC

Nonpriority Creditor's Name

3279 Yorktown Drive

Number     Street

Roswell GA     30075

City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim 43HP

$ Unknown

| 4.53 | Iceberg Capital Partners IV, LLC | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim 43HP

---

| 4.54 | Iceberg Capital Partners, LLC | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2022 CA 003014

---

| 4.55 | Iceberg Real Estate Investments, LLC | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2022 CA 003014

---

**4.56**

**Indus Captial Fund**

Nonpriority Creditor's Name

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim

$ Unknown

---

**4.57**

**Indus Captial Fund I, LLC**

Nonpriority Creditor's Name

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim 23W

$ Unknown

---

**4.58**

**James B. Euliano, Trustee**

Nonpriority Creditor's Name

Neil R. Euliano Trust JBE

Number    Street

4585 Old Carriage Trail

Oviedo FL    32765

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2024 CA 1510

$ 500,000.00

| 4.59 | James McClave | Last 4 digits of account number 23W2 | $ Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

13509 SW Williston Rd.

Number    Street

Micanopy FL    32667

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

---

| 4.60 | Janet Markowitz | Last 4 digits of account number 43HP | $ Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

45 Hamilton Place

Number    Street

Tenafly NJ    07670

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

---

| 4.61 | Jara Group II | Last 4 digits of account number 43HP | $ Unknown |
|---|---|---|---|

**Nonpriority Creditor's Name**

2821 North Ocean Blvd.

Number    Street

Apt PH-05 SO

Fort Lauderdale FL    33308

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim 43HP

| 4.62 | **JBSS, LLC** | **Last 4 digits of account number** _____ | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

14407 SW 2nd Place

Number    Street

Suite G-20

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor claim GNV3

---

| 4.63 | **JCB Family II LLC** | |

Nonpriority Creditor's Name

2519 N. McMullen Booth Road

Number    Street

Ste. 510

Clearwater FL    33761

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Element Investor

$ Unknown

---

| 4.64 | **Jennifer Eggleston** | |

Nonpriority Creditor's Name

5001 Pilgrims Pathway

Number    Street

Unit G

Tampa FL    33611

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Element Investor

$ Unknown

---

**4.65** | Jeremy Pino

Nonpriority Creditor's Name

3113 Paxton Ave.

Number    Street

Tampa FL    33611

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

---

**4.66** | Jianxun Dong

Nonpriority Creditor's Name

9528 Woodington Dr

Number    Street

Potomac MD    20854

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.67** | Jill Freedman

Nonpriority Creditor's Name

392 SW 95th Terrace

Number    Street

Gainesville FL    32608

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  ings

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

---

**4.68** JLC CP LLC

Nonpriority Creditor's Name

6215 S Russell St.

Number    Street

Tampa FL    33611

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

---

**4.69** Joel Harris

Nonpriority Creditor's Name

2001 Granite Bar Way

Number    Street

Gold River CA    95670

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.70** John Deluca

Nonpriority Creditor's Name

2556 Escada Dr.

Number    Street

Naples FL    34109

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.71** John Peden

Nonpriority Creditor's Name

1200 Indian River Drive

Number   Street

Sebastian FL   32958

City   State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

**4.72** Jon Guven

Nonpriority Creditor's Name

c/o Bloom Parham, LLP

Number   Street

977 Ponce de Leon Ave., NE

Atlanta GA   30306

City   State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guaranty of loan to City Place Apartments an

$ 3,000,000.00

**4.73** Jpmcb Card

Nonpriority Creditor's Name

800 Brooksedge Blvd

Number   Street

Westerville OH   43081

City   State   ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0135

**When was the debt incurred?** 5/1/1998

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.74** | **JTM Real Estate**

Nonpriority Creditor's Name

13509 SW Williston Rd.

Number    Street

Micanopy FL    32667

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   nies     $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential Investor Claim

---

**4.75** | **KB Advisors, LLC**

Nonpriority Creditor's Name

75 Shields Lane

Number    Street

Bridgewater NJ    08807

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   sing     $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential Investor Claim

---

**4.76** | **Keith Melton**

Nonpriority Creditor's Name

130 Harlinsdale Ct.

Number    Street

Franklin TN    37069

City    State    ZIP Code

**Who owes the debt? Check one.**

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**     $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Element Investor

---

| 4.77 | Kenneth and Linda McGurn | | Last 4 digits of account number _____ | | $ 8,400,000.00 |

**Kenneth and Linda McGurn**
Nonpriority Creditor's Name

101 SE 2nd Place
Number    Street

Suite 117

Gainesville FL    32601
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2025 CA 001561 / Personal Guaranty

$ 8,400,000.00

---

| 4.78 | Khoa Ho | | Last 4 digits of account number  43HP | | $ Unknown |

**Khoa Ho**
Nonpriority Creditor's Name

8908 Gallant Green Dr
Number    Street

Mc Lean VA    22102
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.79 | Kyle and Kimberly Balch | | Last 4 digits of account number _____ | | $ Unknown |

**Kyle and Kimberly Balch**
Nonpriority Creditor's Name

262 Navajo St.
Number    Street

Tavernier FL    33070
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

| 4.80 | Lajpat Rai | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

**4.80** Lajpat Rai
Nonpriority Creditor's Name

2618 Northwind Drive,
Number   Street

Richmond VA   23233
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.81** Lane Trust
Nonpriority Creditor's Name

11808 SW 61st Street
Number   Street

Gainesville FL   32608
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ynCt
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.82** LBS of Gainesville, LLC
Nonpriority Creditor's Name

14407 SW 2nd Place
Number   Street

Suite G-20

Newberry FL   32669
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim OED

$ Unknown

| 4.83 | Leslie Schroeder | Last 4 digits of account number ____ ings | $ Unknown |

**4.83**

Leslie Schroeder
Nonpriority Creditor's Name

1031 Royal Palm Blvd
Number    Street

Ste A

Vero Beach FL    32960-5341
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____ ings
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

---

**4.84**

Lewis Golden
Nonpriority Creditor's Name

9155 E Smoke Rise Drive
Number    Street

Tucson AZ    85715
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

---

**4.85**

Lloyd Speer
Nonpriority Creditor's Name

8123 Paseo Del Ocaso
Number    Street

La Jolla CA    92037
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.86 | LLS of Gainesville, LLC | Last 4 digits of account number _____ | $ Unknown |

**4.86** LLS of Gainesville, LLC
Nonpriority Creditor's Name

14407 SW 2nd Place
Number    Street

Suite G-20

Newberry FL    32669
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____  $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim IGD

---

**4.87** Louis Rotundo
Nonpriority Creditor's Name

302 Pinestraw Circle
Number    Street

Altamonte Springs FL    32714
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  Fund  $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.88** LRS of Gainesville, LLC (Shey)
Nonpriority Creditor's Name

14359 SW 2ND PLACE
Number    Street

Suite D-1

Newberry FL    32669
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  Inv  $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

---

| 4.89 | Madhu Talluri | Last 4 digits of account number  43HP | $ Unknown |

**Madhu Talluri**
Nonpriority Creditor's Name

5567 173rd Ave,
Number    Street

Bellevue WA    98006
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.90 | Mainstreet Community Bank of Florida | | $ 9,880,436.00 |

**Mainstreet Community Bank of Florida**
Nonpriority Creditor's Name

204 S. Woodland Blvd.
Number    Street

Deland FL    32720
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  24-CA-1355 / 43rd Street Partners

$ 9,880,436.00

---

| 4.91 | Mainstreet Community Bank of Florida | | $ 3,704,791.00 |

**Mainstreet Community Bank of Florida**
Nonpriority Creditor's Name

204 S. Woodland Blvd.
Number    Street

Deland FL    32720
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2025 CA 001356 / The Vue at Celebration Ponte, LLC

$ 3,704,791.00

| 4.92 | Mainstreet Community Bank of Florida | Last 4 digits of account number _____ | $ 8,186,238.00 |

**Nonpriority Creditor's Name**

204 S. Woodland Blvd.

Number    Street

Deland FL    32720

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  24-CA-2237 Unsecured Note

---

| 4.93 | Mark Kwan | Last 4 digits of account number  43HP | $ Unknown |

**Nonpriority Creditor's Name**

258 Greenfield Ave

Number    Street

San Mateo CA    94403

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.94 | Mary Rockwood Lane | Last 4 digits of account number  Fund | $ Unknown |

**Nonpriority Creditor's Name**

11808 SW 61st Street

Number    Street

Gainesville FL    32608

City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

| 4.95 | Matthew Bates |
|---|---|

Nonpriority Creditor's Name

20085 Hoya Ln
Number    Street

Garden Ridge TX    78266
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP                    $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

| 4.96 | MEW Commercial, LLC |
|---|---|

Nonpriority Creditor's Name

502 N. W. 16th Ave
Number    Street

Gainesville FL    32601
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**                    $ 1,100,000.00

**When was the debt incurred?** 04/01/2017

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Obligations under Membership Purchase Agreement

| 4.97 | Michael Fried |
|---|---|

Nonpriority Creditor's Name

1136 Southpoint Trail
Number    Street

Durham NC    27713
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**                    $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim 23W

| 4.98 | Michael Kivler |
|------|----------------|

Nonpriority Creditor's Name

3220 River Villa Way 160

Number    Street

Melbourne Beach FL    32951

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.99 | Michael Murgatory |
|------|-------------------|

Nonpriority Creditor's Name

1279 W Palmetto Park RD

Number    Street

#3113

Boca Raton FL    33486

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

---

| 4.100 | Michael Schroeder |
|-------|-------------------|

Nonpriority Creditor's Name

1031 Royal Palm Blvd

Number    Street

Ste A

Vero Beach FL    32960-5341

City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ings

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.101 | Millennium Bank | Last 4 digits of account number _____ | $ 4,610,378.00 |

**Millennium Bank**
Nonpriority Creditor's Name

6392 Artesian Circle
Number    Street

Ooltewah TN    37363
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2025 CA 2526 / Guaranty

$ 4,610,378.00

---

| 4.102 | Millennium Bank | | $ 1,026,000.00 |

**Millennium Bank**
Nonpriority Creditor's Name

6392 Artesian Circle
Number    Street

Ooltewah TN    37363
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2025 CA 2528 / Guaranty

$ 1,026,000.00

---

| 4.103 | Minaxi Vijapura | | $ Unknown |

**Minaxi Vijapura**
Nonpriority Creditor's Name

1209 E. Cumberland Ave.
Number    Street

Unit #2802

Tampa FL    32602
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  d II

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

| 4.104 | MJN Solutions, LLC | Last 4 digits of account number  H | $ Unknown |
|---|---|---|---|

**4.104**

MJN Solutions, LLC
Nonpriority Creditor's Name

608 SW 97th Terrace
Number     Street

Gainesville FL     32607
City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number  H**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.105**

Mohiuddin Syed
Nonpriority Creditor's Name

12073 SW 125 St
Number     Street

Miami FL     33186
City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number  43HP**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

**4.106**

Natarajan Sundaram
Nonpriority Creditor's Name

1136 Shaker Court
Number     Street

San Jose CA     95120
City          State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number  43HP**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

**4.107**  Neil R. Euliano, Trustee
Nonpriority Creditor's Name

Neil R. Euliano Trust NRE

Number    Street

3914 SW 95th Dr

Gainesville FL    32608
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 500,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  01 2024 CA 1510

---

**4.108**  Oakmont Properties LTD
Nonpriority Creditor's Name

5510 Appian Way

Number    Street

Wadsworth OH    44281
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

**4.109**  Oluwaseyi Fadamiro
Nonpriority Creditor's Name

2881 Lexington Lakes Ave

Number    Street

Baton Rouge LA    70810
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  43HP

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

---

**4.110** | Pat Byrne
Nonpriority Creditor's Name

2516 Vintage Street
Number    Street

Farmers Branch TX    75234
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 43HP    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.111** | Patricia Shively
Nonpriority Creditor's Name

608 SW 97th Terrace
Number    Street

Gainesville FL    32607
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** DPS2    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.112** | Peachtree Hotel Group II & PHG Gainesville CP
Nonpriority Creditor's Name

One Alliance Center 3500 Lenox Road
Number    Street

Suite 625

Atlanta GA    30326
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** G    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

---

**4.113** | Peter Hyatt
Nonpriority Creditor's Name

9 Pinelake Ct
Number    Street

Williamsville NY    14221
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

$ Unknown

---

**4.114** | Phyllis T. Dean Irrevocable Living Trust
Nonpriority Creditor's Name

10115 SW 15th Place
Number    Street

Gainesville FL    32607
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ynCt

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

$ Unknown

---

**4.115** | Poyet Enterprises, Inc.
Nonpriority Creditor's Name

4905 NW 95 Blvd.
Number    Street

Gainesville FL    32606
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify 01 2025 CA 2447

$ Unknown

---

| 4.116 | PREH Celebration LLC | Last 4 digits of account number | $ Unknown |

PREH Celebration LLC
Nonpriority Creditor's Name

401 South Florida Ave.
Number     Street

Suite 210

Tampa FL      33602
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

| 4.117 | Quang Ton | Last 4 digits of account number  43HP | $ Unknown |

Quang Ton
Nonpriority Creditor's Name

79 Cherry Hills Dr
Number     Street

Jersey Village TX      77064
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.118 | Quynhthy Bui | Last 4 digits of account number  43HP | $ Unknown |

Quynhthy Bui
Nonpriority Creditor's Name

835 Tulane Street
Number     Street

Houston TX      77007
City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

| 4.119 | Ralph Conti |
|---|---|

Nonpriority Creditor's Name

c/o Real Estate Advisors, LLC

Number     Street
1070 Callahan's Ridge Rd

Greensboro GA     30642

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Investor claim - CPH

| 4.120 | Randy Emmons |
|---|---|

Nonpriority Creditor's Name

8713 NW 226th St.

Number     Street
Alachua FL     32615

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** nd 1
**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Investor Claim

| 4.121 | Readyshown, LLC |
|---|---|

Nonpriority Creditor's Name

14407 SW 2nd Place

Number     Street
Suite G-20

Newberry FL     32669

City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Investor claim GNV2

**4.122**    Renee Dunlap

Nonpriority Creditor's Name

27815 Woodland Green

Number    Street

Boerne TX    78015

City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential investor claim

$ Unknown

---

**4.123**    Richa Goyal

Nonpriority Creditor's Name

3279 Yorktown Drive

Number    Street

Roswell GA    30075

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim

$ Unknown

---

**4.124**    Richard Scott Blaser

Nonpriority Creditor's Name

646 SW 133rd Way

Number    Street

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guaranty of Note

$ 5,000,000.00

**4.125**  R & M Ag Enterprises, LLC
Nonpriority Creditor's Name

750 SE SR 26
Number    Street
Trenton FL    32693
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  POP2    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.126**  Royal Oaks of Gainesville, LLC
Nonpriority Creditor's Name

2210 NW 2nd Avenue
Number    Street
Gainesville FL    32603
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  H    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.127**  Royce Fung
Nonpriority Creditor's Name

4902 Park Blvd
Number    Street
Oakland CA    94611
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

| 4.128 | Roy Pascal | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

**Roy Pascal**
Nonpriority Creditor's Name

2652 White Crane Cir
Number    Street

Livermore CA    94550
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.129 | Rudolf Stoett |
|---|---|

**Rudolf Stoett**
Nonpriority Creditor's Name

4140 Oberlin Street
Number    Street

Houston TX    77005
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.130 | Sameer Marella |
|---|---|

**Sameer Marella**
Nonpriority Creditor's Name

7152 Atlas Peak Dr
Number    Street

Dublin CA    94568
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

| 4.131 | Sergey Nikolaev | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

3475 Granada Ave

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Santa Clara CA    95051

☑ Contingent
☑ Unliquidated
☑ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.132 | Shaun Morrissey | Last 4 digits of account number | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

740 Wellington Court

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Oldsmar FL    34677

☑ Contingent
☑ Unliquidated
☑ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Element Investor

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.133 | SHD Development | Last 4 digits of account number  ners | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

4703 NW 95th BLVD

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Gainesville FL    32606

☑ Contingent
☑ Unliquidated
☑ Disputed

City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    Svein H Dyrkolbotn                                                    Case number (if known) 25-10270
         First Name    Middle Name    Last Name

| 4.134 | Sherrye C. Parr | Last 4 digits of account number  Fund | $ Unknown |

Nonpriority Creditor's Name

302 Pinestraw Circle

Number    Street

Altamonte Springs FL    32714

City                State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.135 | Shey Associates, Inc. | | $ 991,262.00 |

Nonpriority Creditor's Name

14407 SW 2nd Place

Number    Street

Suite G-20

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  01 2025 CA 2516 / Suit on Note

---

| 4.136 | SIS of Gainesville | Last 4 digits of account number  tate | $ Unknown |

Nonpriority Creditor's Name

14359 SW 2ND PLACE

Number    Street

Suite D-1

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

| 4.137 | SIS of Gainesville, LLC | | Last 4 digits of account number | $ 1,100,000.00 |

**4.137**

SIS of Gainesville, LLC
Nonpriority Creditor's Name

14359 SW 2nd Place
Number    Street

Ste D-1

Newberry FL    32669
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** 04/01/2017

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Obligation under Membership Purchase Agreement

$ 1,100,000.00

---

**4.138**

Sotiris Stamou
Nonpriority Creditor's Name

3043 Hartridge TER
Number    Street

Wellington FL    33414
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

---

**4.139**

Stephanie Cristiano
Nonpriority Creditor's Name

2701 Whiffletree Rd.
Number    Street

Charlotte NC    28210
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 43HP

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

$ Unknown

| | |
|---|---|
| **4.140** | |

**Stephen Shey as Trustee**

Nonpriority Creditor's Name

14359 SW 2ND PLACE

Number    Street

Suite D-1

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   nies

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential Investor Claim

$ Unknown

---

| | |
|---|---|
| **4.141** | |

**Stephen Shey, Trustee**

Nonpriority Creditor's Name

14407 SW 2nd Place

Number    Street

Suite G-20

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   01 2025 CA 2517 / Suit on Note

$ 987,765.00

---

| | |
|---|---|
| **4.142** | |

**Steve Shey**

Nonpriority Creditor's Name

14359 SW 2ND PLACE

Number    Street

Suite D-1

Newberry FL    32669

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   d #3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential Investor Claim

$ Unknown

| 4.143 | Synartis Capital Management, LLC | Last 4 digits of account number ____ | $ 3,062,291.00 |

**Synartis Capital Management, LLC**
Nonpriority Creditor's Name

11720 Amberpark Drive
Number    Street

Suite 160

Alpharetta GA    30009
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify 1:24-cv-00192 / CP HOLDINGS CONSOLIDATED IV LLC

---

| 4.144 | Synartis Capital Management, LLC | Last 4 digits of account number ____ | $ 9,217,564.00 |

**Synartis Capital Management, LLC**
Nonpriority Creditor's Name

11720 Amberpark Drive
Number    Street

Suite 160

Alpharetta GA    30009
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify 1:24-cv-00195-AW-HTC / Personal Guaranty

---

| 4.145 | TD Bank N.A. | Last 4 digits of account number 0067 | $ 239,948.00 |

**TD Bank N.A.**
Nonpriority Creditor's Name

Attn: Louise Lebrun
Number    Street

Lewiston ME    04240
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 4/29/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card Debt

| 4.146 | Tejas Patel | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|

**4.146** Tejas Patel
Nonpriority Creditor's Name

533 Lucerne Ave.
Number   Street

Tampa FL    33606
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Element Investor

$ Unknown

---

**4.147** The J Company LLC
Nonpriority Creditor's Name

C/O Chad Kiner

690 EVENING STREET
Number   Street

Columbus OH    43085
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Element Investor

$ Unknown

---

**4.148** The Thomas P. and Joan E. Rothrock
Nonpriority Creditor's Name

Revocable Living Trust

3134 NW 58th Boulevard
Number   Street

Gainesville FL    32606
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ings

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Investor Claim

$ Unknown

| 4.149 | Tim & Ruth Gilliland Dean | Last 4 digits of account number  ynCt | $ Unknown |

Nonpriority Creditor's Name

10115 SW 15th Place
Number     Street
Gainesville FL    32605
City          State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

| 4.150 | Tompkins Community Bank | Last 4 digits of account number  2961 | $ 17,004.04 |

Nonpriority Creditor's Name

133 N Center St.
Number     Street
Perry   NY    14530-9701
City          State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal guaranty of REHD Air, LLC debt for airplane loan

---

| 4.151 | Tony Glockler | Last 4 digits of account number  43HP | $ Unknown |

Nonpriority Creditor's Name

940 Glen Arbor Dr
Number     Street
Encinitas CA    92024
City          State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

| 4.152 | Troy Ely | Last 4 digits of account number  rida | $ Unknown |

**Troy Ely**
Nonpriority Creditor's Name

19103 NW 72nd Ave
Number    Street

Alachua FL    32615
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  rida

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.153 | Vernon Chalfant | Last 4 digits of account number  43HP | $ Unknown |

**Vernon Chalfant**
Nonpriority Creditor's Name

763 Tyler Dr.
Number    Street

Sarasota FL    34236
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

$ Unknown

---

| 4.154 | Viking Companies, LLC | Last 4 digits of account number | $ Unknown |

**Viking Companies, LLC**
Nonpriority Creditor's Name

5001 Celebration Pointe Ave
Number    Street

Ste 180

Gainesville FL    32608
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

$ Unknown

| 4.155 | Viking Construction Company of Florida, LLC | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

5001 Celebration Pointe Ave

Number     Street

Ste 180

Gainesville FL      32608

City          State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| 4.156 | Viking Partner Fund 1 | Last 4 digits of account number  ys 3 | $ Unknown |

**Nonpriority Creditor's Name**

4703 NW 95th BLVD

Number     Street

Gainesville FL      32606

City          State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.157 | Viking Student Housing | Last 4 digits of account number  DPS2 | $ Unknown |

**Nonpriority Creditor's Name**

5001 Celebration Pointe Ave

Number     Street

Ste 180

Gainesville FL      32608

City          State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.158 | Vineet Sarda | | Last 4 digits of account number  43HP | $ Unknown |
|---|---|---|---|---|

**4.158** Vineet Sarda
Nonpriority Creditor's Name

441 5TH AVE NE
Number    Street

Isaaquah WA    98029
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

**Last 4 digits of account number  43HP**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.159** Vinish Kathuria
Nonpriority Creditor's Name

75 Shields Lane
Number    Street

Bridgewater NJ    08807
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor claim - VSH

---

**4.160** Vipul Shah
Nonpriority Creditor's Name

1546 NE 95th ST
Number    Street

Seattle WA    98115
City    State    ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ Unknown

**Last 4 digits of account number  43HP**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Investor Claim

---

**4.161**

VyStar Credit Union
Nonpriority Creditor's Name

P. O. Box 45085
Number    Street

Jacksonville FL    32232-5085
City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guaranty / Celebration Pointe Holdings II, LLC loan

$ 8,794,024.00

---

**4.162**

VyStar Credit Union
Nonpriority Creditor's Name

P. O. Box 45085
Number    Street

Jacksonville FL    32232-5085
City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guaranty

$ 14,473,925.00

---

**4.163**

VyStar Credit Union
Nonpriority Creditor's Name

P. O. Box 45085
Number    Street

Jacksonville FL    32232-5085
City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal guaranty - Celebration Pointe Holdings II, LLC loan

$ 5,494,922.00

---

---

**4.164** | **VyStar Credit Union**
Nonpriority Creditor's Name

P. O. Box 45085
Number   Street

Jacksonville FL    32232-5085
City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 15,645,000.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal guaranty - Celebration Pointe Holdings II, LLC loan

---

**4.165** | **Waterpoint Capital, LLC**
Nonpriority Creditor's Name

517 Bank St. NE
Number   Street

Suite D

Decatur AL    35601
City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Element Investor

---

**4.166** | **Watson Construction Company**
Nonpriority Creditor's Name

940 NW 27th Drive
Number   Street

Newberry FL    32669
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business Debt Personal Guaranty

---

| 4.167 | WDO Development, LLC | | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Koss Olinger
_____
Number    Street

2700 NW 43rd St., #A
_____

Gainesville FL    32606
_____
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.168 | William Anderson | | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

29406 Commons Forest Drive
_____
Number    Street

Huffman TX    77336
_____
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

---

| 4.169 | William F. Koss | | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

280 English Oak Lane
_____
Number    Street

Unit 8
_____

Ponte Vedra Beach FL    32082
_____
City          State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ings

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Investor Claim

| 4.170 | Will Olinger | | Last 4 digits of account number   LLC | | $ Unknown |
|---|---|---|---|---|---|

**4.170**

Will Olinger
Nonpriority Creditor's Name

2700 NW 43rd St
Number   Street

#A

Gainesville FL    32606
City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   LLC

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ Unknown

---

**4.171**

Yuriy Zeylikman
Nonpriority Creditor's Name

1005 Blakeford Court
Number   Street

Winston Salem NC    27106
City     State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   43HP

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Potential Investor Claim

$ Unknown

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Fla Cr Un
Creditor's Name

Po Box 1702 201
Number   Street

Gainesville FL    32602
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line**   4.45   of *(Check one):*

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**   0098

---

James A. Timko, Esq.
Creditor's Name

PO Box 2346
Number   Street

Orlando FL    32802
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line**   4.5   of *(Check one):*

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

| | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 191,447,788.71 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 191,447,788.71 |

**Fill in this information to identify your case:**

Debtor 1    Svein H Dyrkolbotn
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number    25-10270
(if know)

☐ Check if this is
an amended
filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1    Svein H Dyrkolbotn
_____
First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing) _____
First Name           Middle Name              Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number    25-10270
(if know)    _____

☐ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** SDPS Real Estate Investments VII, LLC<br>Name<br><br>5001 Celebration Pointe Ave Suite 180<br>Street<br>Gainesville           FL    32608<br>City                State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.77<br>☐ Schedule G, line ____ |
| **3.2** Celebration Pointe Holdings, LLC<br>Name<br><br>5001 Celebration Pointe Ave Suite 180<br>Street<br>Gainesville           FL    32608<br>City                State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.77<br>☐ Schedule G, line ____ |
| **3.3** Celebration Pointe Holdings II, LLC<br>Name<br><br>5001 Celebration Pointe Ave Suite 180<br>Street<br>Gainesville           FL    32608<br>City                State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.77<br>☐ Schedule G, line ____ |
| **3.4** Patricia A. Shively<br>Name<br><br>608 SW 97th Terrace<br>Street<br>Gainesville           FL    32608<br>City                State  ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.77<br>☐ Schedule G, line ____ |

| | | | |
|---|---|---|---|
| **3.5** | Heather Dyrkolbotn | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.77 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.6** | SDPS Real Estate Investments VII, LLC | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.102 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.7** | Patricia A. Shively | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.102 | |
| | 608 SW 97th Terrace | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32607 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.8** | SDPS Real Estate Investments VII, LLC | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.101 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.9** | Heather Dyrkolbotn | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.135 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.10** | Heather Dyrkolbotn | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.141 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.11** | Viking Companies, LLC | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.35 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.12** | Heather Dyrkolbotn | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.115 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| | | | |
|---|---|---|---|
| **3.13** | Viking Companies, LLC | ☐ Schedule D, line _____ | |
| | Name | ☑ Schedule E/F, line 4.115 | |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ | |
| | Street | | |
| | Gainesville    FL    32608 | | |
| | City    State    ZIP Code | | |

| 3.14 | Nordic Supply, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.115 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32608 | |
| | City                           State  ZIP Code | |

| 3.15 | Celebration Pointe Office Partners III, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.16 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32608 | |
| | City                           State  ZIP Code | |

| 3.16 | Patricia A. Shively | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.16 |
| | 608 SW 97th Terrace | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32607 | |
| | City                           State  ZIP Code | |

| 3.17 | Patricia A. Shively, Trustee | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.16 |
| | 608 SW 97th Terrace | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32607 | |
| | City                           State  ZIP Code | |

| 3.18 | SDPS Real Estate Investments VII, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.124 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32608 | |
| | City                           State  ZIP Code | |

| 3.19 | Patricia A. Shively | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.124 |
| | 608 SW 97th Terrace | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32607 | |
| | City                           State  ZIP Code | |

| 3.20 | Patricia A. Shively, Trustee | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.124 |
| | 608 SW 97th Terrace | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32607 | |
| | City                           State  ZIP Code | |

| 3.21 | Celebration Pointe Holdings, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.119 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32608 | |
| | City                           State  ZIP Code | |

| 3.22 | Patricia A. Shively | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.166 |
| | 608 SW 97th Terrace | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville                    FL    32607 | |
| | City                           State  ZIP Code | |

| 3.23 | Celebration Pointe Holdings, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.166 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line ____ |
| | Street | |
| | Gainesville          FL    32608 | |
| | City          State    ZIP Code | |

| 3.24 | R3HD Air, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | 3279 Yorktown Drive | ☐ Schedule G, line ____ |
| | Street | |
| | Roswell          GA    30075-3116 | |
| | City          State    ZIP Code | |

| 3.25 | Anil Goyal | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.26 | BLASIN' AVIATION, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.27 | East Coast Properties, L.L.C. | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.28 | Heather W. Dyrkolbotn | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.29 | Rami Boaziz | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.30 | Richard Blaser | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.31 | Richmont Group, LLC | ☐ Schedule D, line ____ |
| | Name | ☑ Schedule E/F, line 4.150 |
| | | ☐ Schedule G, line ____ |
| | Street | |
| | | |
| | City          State    ZIP Code | |

| 3.32 | Viking Companies, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.55 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.33 | SHD - Celebration Pointe, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.55 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.34 | Viking Companies, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.54 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.35 | SHD - Celebration Pointe, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.54 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.36 | CP City Place Holdings, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.107 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.37 | SHD - Celebration Pointe, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.107 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.38 | CP City Place Holdings, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.58 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.39 | SHD - Celebration Pointe, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.58 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

| 3.40 | CP City Place Partners, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.58 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL      32608 | |
| | City          State    ZIP Code | |

**3.41** CP City Place Partners, LLC
Name
5001 Celebration Pointe Ave Suite 180
Street
Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.107
☐ Schedule G, line _____

**3.42** Patricia A. Shively
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

**3.43** Patricia A. Shively, Trustee
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

**3.44** 43rd Street Hotel Partners, LLC
Name
5001 Celebration Pointe Ave Suite 180
Street
Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.90
☐ Schedule G, line _____

**3.45** Patricia A. Shively
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.90
☐ Schedule G, line _____

**3.46** Patricia A. Shively, Trustee
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.90
☐ Schedule G, line _____

**3.47** Celebration Pointe Holdings, LLC
Name
5001 Celebration Pointe Ave Suite 180
Street
Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.144
☐ Schedule G, line _____

**3.48** Patricia A. Shively
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.144
☐ Schedule G, line _____

**3.49** Patricia A. Shively, Trustee
Name
608 SW 97th Terrace
Street
Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.144
☐ Schedule G, line _____

**3.50**

CP Holdings Consolidated VII, LLC
Name

5001 Celebration Pointe Ave Suite 180
Street

Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.21
☐ Schedule G, line _____

**3.51**

Patricia A. Shively
Name

608 SW 97th Terrace
Street

Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.21
☐ Schedule G, line _____

**3.52**

Patricia A. Shively, Trustee
Name

608 SW 97th Terrace
Street

Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.21
☐ Schedule G, line _____

**3.53**

Patricia A. Shively
Name

608 SW 97th Terrace
Street

Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.92
☐ Schedule G, line _____

**3.54**

Patricia A. Shively, Trustee
Name

608 SW 97th Terrace
Street

Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.92
☐ Schedule G, line _____

**3.55**

SDPS Real Estate Investments. LLC
Name

5001 Celebration Pointe Ave Suite 180
Street

Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.92
☐ Schedule G, line _____

**3.56**

Patricia A. Shively
Name

608 SW 97th Terrace
Street

Gainesville    FL    32607
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.91
☐ Schedule G, line _____

**3.57**

Patricia A. Shively, Trustee
Name

608 SW 97th Terrace
Street

Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.91
☐ Schedule G, line _____

**3.58**

The Vue at Celebration Pointe, LLC
Name

5001 Celebration Pointe Ave Suite 180
Street

Gainesville    FL    32608
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.91
☐ Schedule G, line _____

| 3.59 | P HOLDINGS CONSOLIDATED III LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32608 | |
| | City          State   ZIP Code | |

| 3.60 | CP Holdings Consolidated IV, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.143 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32608 | |
| | City          State   ZIP Code | |

| 3.61 | CP Promenade Residential, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.143 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32608 | |
| | City          State   ZIP Code | |

| 3.62 | Patricia A. Shively | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.143 |
| | 608 SW 97th Terrace | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32607 | |
| | City          State   ZIP Code | |

| 3.63 | Patricia A. Shively, Trustee | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.143 |
| | 608 SW 97th Terrace | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32607 | |
| | City          State   ZIP Code | |

| 3.64 | City Place II at Celebration Pointe, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 5001 Celebration Pointe Ave | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32608 | |
| | City          State   ZIP Code | |

| 3.65 | Patricia A. Shively | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 608 SW 97th Terrace | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32607 | |
| | City          State   ZIP Code | |

| 3.66 | Patricia A. Shively, Trustee | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 608 SW 97th Terrace | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32607 | |
| | City          State   ZIP Code | |

| 3.67 | CP Holdings Consolidated VI, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.22 |
| | 5001 Celebration Pointe Ave Suite 180 | ☐ Schedule G, line _____ |
| | Street | |
| | Gainesville          FL     32608 | |
| | City          State   ZIP Code | |

| 3.68 | SDPS Real Estate Investments II, LLC | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.22 |
| | 5001 Celebration Pointe Ave Suite 180 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32608 | |
| | City | State    ZIP Code | |

| 3.69 | Patricia A. Shively | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.22 |
| | 608 SW 97th Terrace | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32607 | |
| | City | State    ZIP Code | |

| 3.70 | Patricia A. Shively, Trustee | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.22 |
| | 608 SW 97th Terrace | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32607 | |
| | City | State    ZIP Code | |

| 3.71 | Patricia A. Shively | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.23 |
| | 608 SW 97th Terrace | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32607 | |
| | City | State    ZIP Code | |

| 3.72 | Patricia A. Shively, Trustee | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.23 |
| | 608 SW 97th Terrace | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32607 | |
| | City | State    ZIP Code | |

| 3.73 | Patricia A. Shively | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.101 |
| | 608 SW 97th Terrace | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32607 | |
| | City | State    ZIP Code | |

| 3.74 | CP Holdings Consolidated VI, LLC | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.23 |
| | 5001 Celebration Pointe Ave Suite 180 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32608 | |
| | City | State    ZIP Code | |

| 3.75 | SDPS Real Estate Investments II, LLC | | ☐ Schedule D, line ____ |
|---|---|---|---|
| | Name | | ☑ Schedule E/F, line 4.23 |
| | 5001 Celebration Pointe Ave Suite 180 | | ☐ Schedule G, line ____ |
| | Street | | |
| | Gainesville | FL    32608 | |
| | City | State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Svein H Dyrkolbotn | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Florida

Case number (If known): 25-10270

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.** | **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| If you have more than one job, attach a separate page with information about additional employers. | | | |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Real Estate Developer | Real Estate Broker |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | Viking Companies | Self Employed |
| | **Employer's address** | 5001 Celebration Pointe | 5001 Celebration Pointe Ave |
| | | Number   Street | Number   Street |
| | | Ste 180 | Suite 180 |
| | | Gainesville, FL 32608 | Gainesville, FL 32608 |
| | | City          State   ZIP Code | City          State   ZIP Code |
| | **How long employed there?** | 15+ Years | 8+ years |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 22,500.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 22,500.00 | $ 0.00 |

Debtor 1    Svein H Dyrkolbotn

First Name    Middle Name    Last Name

Case number *(if known)*    25-10270

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................➔ | 4. | $ 22,500.00 | $ 0.00 |

**5. List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
|  | _____ |  | $ | $ |
|  | _____ |  | $ | $ |
|  | _____ |  | $ | $ |

| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 22,500.00 | $ 0.00 |

**8. List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm | | | |
|---|---|---|---|---|
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
|  | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 22,500.00 + $ 0.00 | = $ 22,500.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 22,500.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1 ___Svein H Dyrkbotn___
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: ___Northern District of Florida___
(State)

Case number ___25-10270___
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 49 | ☐ No  ☑ Yes |
| Daughter | 22 | ☐ No  ☑ Yes |
| Daughter | 19 | ☐ No  ☑ Yes |
| Daughter | 13 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,750.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 642.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 700.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 2,125.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Svein H Dyrkolbotn | Case number (if known) | 25-10270 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

|  |  |  | Your expenses |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $ 0.00

6. **Utilities:**

6a. Electricity, heat, natural gas — 6a. $ 700.00

6b. Water, sewer, garbage collection — 6b. $ 0.00

6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 416.90

6d. Other. Specify: security system — 6d. $ 268.75

7. **Food and housekeeping supplies** — 7. $ 3,500.00

8. **Childcare and children's education costs** — 8. $ 1,965.00

9. **Clothing, laundry, and dry cleaning** — 9. $ 550.00

10. **Personal care products and services** — 10. $ 750.00

11. **Medical and dental expenses** — 11. $ 2,000.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. — 12. $ 700.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00

14. **Charitable contributions and religious donations** — 14. $ 100.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a. Life insurance — 15a. $ 0.00

15b. Health insurance — 15b. $ 0.00

15c. Vehicle insurance — 15c. $ 1,050.00

15d. Other insurance. Specify: — 15d. $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: — 16. $ 1,000.00

17. **Installment or lease payments:**

17a. Car payments for Vehicle 1 — 17a. $ 843.25

17b. Car payments for Vehicle 2 — 17b. $ 728.00

17c. Other. Specify: — 17c. $ 0.00

17d. Other. Specify: — 17d. $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: — 19. $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

20a. Mortgages on other property — 20a. $ 0.00

20b. Real estate taxes — 20b. $ 100.00

20c. Property, homeowner's, or renter's insurance — 20c. $ 100.00

20d. Maintenance, repair, and upkeep expenses — 20d. $ 1,000.00

20e. Homeowner's association or condominium dues — 20e. $ 0.00

| Debtor 1 | Svein H Dyrkolbotn | | | Case number *(if known)* | 25-10270 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other**. Specify:_____

Travel _____

_____

21. +$ _____ 0.00
+$ _____ 2,000.00
+$ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a and 22b. The result is your monthly expenses.

22a. $ _____ 22,988.90
22b. $ _____
22c. $ _____ 22,988.90

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23b. Copy your monthly expenses from line 22c above.

23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.*

23a. $ _____ 22,500.00
23b. − $ _____ 22,988.90
23c. $ _____ -488.90

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:  I expect my attorney fees to increase because my partner is suing me personally.

**Fill in this information to identify your case:**

Debtor 1      Svein H Dyrkolbotn
              _____
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
              First Name          Middle Name          Last Name

United States Bankruptcy Court for the  Northern District of Florida

Case number   25-10270
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ _____          ✘ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 10/28/2025                                Date _____
     MM / DD / YYYY                                 MM / DD / YYYY